UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ISAAC PALI KONA, JR.,<br><br>   Defendant. | CASE NO. CR03-292P<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATION OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on an alleged violation of supervised release in this case on December 1, 2006. The United States was represented by Susan Roe, and defendant was represented by Peter Mazzone. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant was originally convicted of unlawful possession of a firearm. The Hon. Marsha J. Pechman of this court sentenced defendant on March 17, 2004 to 21 months of imprisonment, followed by two years of supervised release.

PROPOSED FINDINGS - 1

## PRIOR VIOLATIONS AND REVOCATION

On August 17, 2006, Judge Pechman revoked defendant's supervised release, based upon his admissions of three violations of conditions: consuming marijuana on two different dates in June of 2006, and failing to report to the probation officer as instructed in July of 2006. The court sentenced him to thirteen days in custody, with credit for time served, followed by 23 months of supervised release.

## PRESENTLY ALLEGED VIOLATION AND DEFENDANT'S ADMISSION OF THAT VIOLATION

In an application dated October 10, 2006, USPO Angela M. McGlynn alleged that defendant again violated the conditions of supervised release by consuming marijuana on or before September 6, 2006. At the hearing on December 1, 2006, the United States orally amended the alleged violation to charge only that defendant submitted to a urinalysis test on September 6, 2006 with a result which was positive for marijuana. Defendant admitted this violation as amended, waived any hearing as to whether it had occurred, and consented to having the matter set for a disposition hearing before Judge Pechman. Defendant did *not* admit, however, that he had used marijuana.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release by submitting to a urinalysis test on September 6, 2006 with a result which was positive for marijuana. I further recommend that the court schedule a disposition hearing.

// // //

PROPOSED FINDINGS - 2

Defendant has been released on bond pending a final determination by the court.

DATED this 1st day of December, 2006.

    /s/ John L. Weinberg
JOHN L. WEINBERG
United States Magistrate Judge

cc:   Sentencing Judge   :   Hon. Marsha J. Pechman
     Assistant U.S. Attorney   :   Susan Roe
     Defense Attorney   :   Peter Mazzone
     U. S. Probation Officer   :   Angela M. McGlynn

PROPOSED FINDINGS - 3