UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-292-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ISAAC PALI KONA, JR. | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on December 20, 2007. The United States was represented by AUSA Douglas Whalley for Susan Roe and the defendant by Peter Mazzone. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 17, 2004, by the Honorable Marsha J. Pechman on a charge of Unlawful Possession of a Firearm, and sentenced to 21 months custody, 2 years supervised release. (Dkt. 30.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in substance abuse treatment, abstain from alcohol and not possess alcohol, submit to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

search and provide financial information to his probation officer.

On November 4, 2005, the defendant's probation officer reported that defendant had tested positive for the use of cocaine and marijuana. Defendant was reprimanded, placed in a structured testing program, referred for counseling and referred for intensive outpatient treatment. (Dkt. 31.)

On August 17, 2006, defendant admitted violating the conditions of supervision by consuming marijuana and failing to report to his probation officer. (Dkt. 39.) He was sentenced to 13 days with credit for time served, plus supervised release for 23 months on the previous conditions, plus additional conditions requiring cooperation in DNA collection, and participation in a home confinement program with electronic monitoring for up to 90 days.

On December 1, 2006, defendant admitted violating the conditions of supervised released by producing a urine sample that tested positive for marijuana, although not admitting that he had used marijuana. (Dkt. 47.) No further action was taken at the time.

In an application dated October 9, 2007 (Dkt. 50), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Committing the crime of theft on or about March 15, 2007 in violation of the standard condition that the defendant shall not commit another federal, state, or local crime.

2. Failing to be truthful to the United States Probation Officer since March 15, 2007, in violation of standard condition number 3.

3. Leaving the judicial district of the Western District of Washington without permission on or about July 22, 2007, in violation of standard condition number 1.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01 whether they occurred. (Dkt. 56.)

02 I therefore recommend the Court find defendant violated his supervised release as alleged,

03 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

04 set before Judge Pechman.

05 Pending a final determination by the Court, defendant has been released on the conditions

06 of supervision.

07 DATED this 20th day of December, 2007.

08

09 Mary Alice Theiler
United States Magistrate Judge

10

11

12 cc: District Judge:        Honorable Marsha J. Pechman
AUSA:                Douglas Whalley, Susan Roe
Defendant's attorney: Peter Mazzone
13 Probation officer:    Angela M. McGlynn

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3