UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ISAAC PALI KONA JR., ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. CR03-292 MJP <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 13, 2008. The defendant appeared following his arrest. The United States was represented by Brian Werner, and defendant was represented by Peter Mazzone. Also present was U.S. Probation Officer Patrick Robertson. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on March 17, 2004 by the Honorable Marsha J. Pechman for unlawful possession of a firearm. He received 21 months of imprisonment and two years of supervised release.

PRIOR VIOLATIONS OR MODIFICATIONS

Defendant began his term of supervised release on October 17, 2005. On November 4, 2005, the probation office submitted a report to the Court that defendant had used drugs at a

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

party. The Court approved the request for no action. On July 20, 2006, a violation report and warrant was submitted alleging defendant had consumed drugs on multiple occasions. The defendant was arrested pursuant to that warrant and admitted the violations. On August 17, 2006, defendant was sentenced to 13 days in custody, followed by 23 months of supervised release.

On October 6, 2006, a violation report and warrant was submitted alleging that defendant was using drugs. Defendant admitted the violation and was granted a delayed disposition to prove to the court he could follow the conditions of supervised release. The disposition hearing was canceled as it appeared defendant was following all conditions of supervision.

On October 9, 2007, a violation report and request for summons was submitted alleging that defendant had committed the crime of theft, had failed to be truthful to the probation office, and had left the judicial district without permission. Defendant admitted the violations and on February 8, 2008, defendant's conditions of supervision were modified to require participation in the home confinement program for up to 120 days, and participation and successfully completion the moral reconation therapy program.

## PRESENTLY ALLEGED VIOLATION AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated July 7, 2008, Supervising U.S. Probation Officer Angela McGlynn alleged that defendant violated the following condition of supervised release:

1. Consuming alcohol on July 1, 2008, in violation of the special condition prohibiting defendant from consuming alcohol.

2. Failing to participate in the moral reconation therapy program on June 25, 2008, in violation of the special condition requiring the defendant to participate in and complete that program.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed that the matter would be set for a disposition hearing before District Judge Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. The defendant contested detention. Based on defendant's performance on supervised release, prior violations, the reason for detention set forth by supervising officer McGlynn, defendant was ordered detained pending disposition.

DATED this 13th day of August, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge